# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MIRIAM SANCHEZ-RODRIGUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE, *et al.*,<br><br>        Defendants. | 2:17-cv-00820-GMN-VCF<br><br>**ORDER** |

Before the Court is the Joint Notice of Settlement and Request for Status Check (ECF No. 20).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that all deadlines are stayed.

IT IS FURTHER ORDERED that a status conference is scheduled for 2:00 PM, May 18, 2018, in Courtroom 3D.

DATED this 15th day of March, 2018.

                                                                                 _____
                                                                                 CAM FERENBACH
                                                                                  UNITED STATES MAGISTRATE JUDGE