Douglas M. Rowan
Nevada Bar No. 4736
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
douglas.rowan@wilsonelser.com
*Attorneys for defendant* Target Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM SANCHEZ-RODRIGUEZ, an individual, | CASE NO.: 2:17-cv-00820-GMN-VCF |
| Plaintiff, | |
| vs. | |
| JOHN DOE, an individual; TARGET CORPORATION, a foreign corporation; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

Plaintiff Miriam Sanchez-Rodriguez, by and through her counsel of record Kristian Lavigne, Esq., and Jeffrey Lavigne, Esq., of The Law Office of Kristian Lavigne and Associates, P.C., and Defendant Target Corporation, by and through its counsel of record, Douglas M. Rowan, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree to

///

///

///

///

///

///

///

1260252v.1

Page 1 of 2

the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this 17 day of April, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Douglas M. Rowan, Esq.
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for defendant Target Corporation*

DATED this 12 day of April, 2018.

**THE LAW OFFICE OF KRISTIAN LAVIGNE AND ASSOCIATES, P.C.**

BY: _____
Kristian Lavigne, Esq.
Nevada Bar No. 011629
Jeffrey Lavigne, Esq.
Nevada Bar No. 013906
3627 S. Eastern Avenue
Las Vegas, Nevada 89169
*Attorney for plaintiff
Miriam Sanchez-Rodriguez*

## ORDER

IT IS SO ORDERED.

DATED this 19 day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

1260252v.1

Page 2 of 2